## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) PAUL A. ROSS, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 14-cv-783-JHP-PJC |
| v. | ) | State Court No. CJ-2014-04688 |
| | ) | |
| (1) SHAWN RASH, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF REMOVAL

Defendant Shawn Rash removes this action to the United States District Court for the Northern District of Oklahoma pursuant to 28 U.S.C. §§ 1332(a)(1), 1441, and 1446. This action is removable because there is complete diversity of citizenship between Plaintiff Paul A. Ross ("Plaintiff") and Mr. Rash, and because the amount in controversy, exclusive of interest and costs, exceeds the sum or value of $75,000.00, as shown on the face of the Petition. In support of this Notice of Removal, Mr. Rash states as follows:

### Procedural History

1.      On December 9, 2014, Plaintiff filed a Petition (the "Petition") against Mr. Rash commencing the civil action styled *Paul A. Ross v. Shawn Rash*, Case No. CJ-2014-04688, District Court of Tulsa County, State of Oklahoma (the "State Court Action").

2.      The Return of Service filed in the State Court Action shows that service was effected on Mr. Rash by Certified Mail on December 13, 2014. Mr. Rash has thus filed this notice of removal within the 30-day period provided by 28 U.S.C. § 1446(b).

3.      Pursuant to 28 U.S.C. § 1446(a) and Local Rule LCvR 81.2, Mr. Rash has attached as exhibits to this Notice of Removal true and legible copies of all documents filed or

served in the State Court Action. A copy of the Docket Sheet from the State Court Action is attached as <u>Exhibit 1</u>. A copy of the Petition is attached as <u>Exhibit 2</u>. A copy of the Entry of Appearance for Plaintiff's counsel is attached as <u>Exhibit 3</u>. A copy of the Proof of Service is attached as <u>Exhibit 4</u>. Mr. Rash will also file a Status Report on Removed Action in compliance with the Local Rule.

4.      As of the time of filing this Notice of Removal, there have been no other filings or proceedings in the State Court except those attached as Exhibits 2-4.

### Amount in Controversy

5.      As shown on the face of the Petition, the amount in controversy exceeds $75,000 (exclusive of interest and costs). (*See* Ex. 2 at ¶ 31 ("As a result of Defendants' [sic] false statements, Plaintiff has been damaged in an amount in excess of the amount required for diversity jurisdiction pursuant to Section 1332 of Title 28 of the United States Code.").)

### Diversity of Citizenship

6.      Mr. Rash is a citizen and resident of the State of Texas, as stated on the face of the Petition. (Ex. 2 at ¶ 2.)

7.      Plaintiff is a citizen and resident of the State of Oklahoma, as stated on the face of the Petition. (Ex. 2 at ¶ 1.)

8.      Therefore, there is complete diversity of citizenship between Plaintiff and Defendant in accordance with 28 U.S.C. § 1332.

### Conclusion

9.      This is a civil action over which this Court has original subject matter jurisdiction pursuant to the provisions of 28 U.S.C. § 1332. Furthermore, this action is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441 in that it is a

civil action between citizens of different states, and the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

10.    Venue is appropriate in this Court as this Court is in the district in which the underlying state court action was pending. 28 U.S.C. § 1441.

11.    Pursuant to 28 U.S.C. § 1446(d), Mr. Rash will promptly provide Plaintiff with written notice of removal of this action and will file a copy of this Notice of Removal with the Clerk of the Tulsa County District Court.

12.    Therefore, under the applicable provisions of 28 U.S.C. §§ 1332, 1441 and 1446, Mr. Rash has complied with all necessary requirements and is entitled to remove this action.

**WHEREFORE,** Mr. Rash hereby removes all claims in the Action from the District Court for Tulsa County, Oklahoma, to the United States District Court for the Northern District of Oklahoma.

Dated: December 31, 2015

Respectfully submitted,

*s/Barbara M. Moschovidis*
James M. Sturdivant, OBA No. 8723
Barbara M. Moschovidis, OBA No. 31161
GABLEGOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, Oklahoma 74103
(918) 595-4800
(918) 595-4990 (Fax)
***Attorneys for Defendant Shawn Rash***

## CERTIFICATE OF SERVICE

I certify that on December 31, 2015, I mailed a copy of the Notice of Removal, postage prepaid, to the following counsel of record:

Thomas L. Vogt
Patrick G. Colvin
Jones, Gotcher & Bogan, P.C.
15 East 5th Street, Suite 3800
Tulsa, Oklahoma 74103

I further certify that a copy of the Notice of Removal was also delivered for filing on the same date to the Clerk of the District Court of Tulsa County, State of Oklahoma.

s/Barbara M. Moschovidis
Barbara M. Moschovidis

# EXHIBIT
# 1

{Exhibit Slip Sheets;}



## THE OKLAHOMA STATE COURTS NETWORK
www.oscn.net

Home   Courts   Court Dockets   Legal Research   Calendar   Help

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

### IN THE DISTRICT COURT IN AND FOR TULSA COUNTY, OKLAHOMA

| | |
|---|---|
| PAUL A ROSS,<br>    Plaintiff,<br>v.<br>SHAWN RASH,<br>    Defendant. | No. CJ-2014-4688<br>(Civil relief more than $10,000:<br>BREACH OF AGREEMENT - CONTRACT)<br><br>Filed: 12/09/2014<br><br>Judge: Sellers, Jefferson D. |

## Parties

RASH, SHAWN , Defendant
ROSS, PAUL A , Plaintiff

## Attorneys

| Attorney | Represented Parties |
|---|---|
| COLVIN, PATRICK G(Bar # 31519)<br>15 E 5TH ST STE 3800<br>TULSA, OK 74103 | ROSS, PAUL A |
| Vogt, Thomas Lane(Bar # 10995)<br>Joens, Givens, Gotcher & Bogan<br>15 East 5th Street<br>Suite 3800<br>Tulsa, OK 74103 | ROSS, PAUL A |

## Events

| Event | Party | Docket | Reporter |
|---|---|---|---|

## Issues

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**

Issue: BREACH OF AGREEMENT - CONTRACT (CONTRACT)
Filed by: ROSS, PAUL A
Filed Date: 12/09/2014

| Party Name: | Disposition Information: |
|---|---|
| **Defendant:** RASH, SHAWN | Pending. |

## Docket

| Date | Code | Count | Party | Serial # | Entry Date | | |
|------|------|-------|-------|----------|------------|--|--|
| 12-09-2014 | TEXT | 1 | | 92204903 | Dec 9 2014 3:58:45:490PM | - | $ 0.00 |
| | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | | | | | | |
| 12-09-2014 | CONTRACT | - | | 92204906 | Dec 9 2014 3:58:45:960PM | Realized | $ 0.00 |
| | BREACH OF AGREEMENT - CONTRACT | | | | | | |
| 12-09-2014 | DMFE | - | | 92204907 | Dec 9 2014 3:58:46:030PM | Realized | $ 2.00 |
| | DISPUTE MEDIATION FEE($ 2.00) | | | | | | |
| 12-09-2014 | PFE1 | - | | 92204908 | Dec 9 2014 4:04:05:340PM | Realized | $ 163.00 |
| | PETITION($ 163.00) | | | | | | |
| | 🖹 *Document Available (#1027830834)* | | | | | | |
| 12-09-2014 | PFE7 | - | | 92204909 | Dec 9 2014 3:58:46:030PM | Realized | $ 6.00 |
| | LAW LIBRARY FEE($ 6.00) | | | | | | |
| 12-09-2014 | OCISR | - | | 92204910 | Dec 9 2014 3:58:46:030PM | Realized | $ 25.00 |
| | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND($ 25.00) | | | | | | |
| 12-09-2014 | CCADMIN02 | - | | 92204911 | Dec 9 2014 3:58:46:030PM | Realized | $ 0.20 |
| | COURT CLERK ADMINISTRATIVE FEE ON $2 COLLECTIONS($ 0.20) | | | | | | |
| 12-09-2014 | OCJC | - | | 92204912 | Dec 9 2014 3:58:46:030PM | Realized | $ 2.00 |
| | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND($ 2.00) | | | | | | |
| 12-09-2014 | OCASA | - | | 92204913 | Dec 9 2014 3:58:46:030PM | Realized | $ 5.00 |
| | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES($ 5.00) | | | | | | |
| 12-09-2014 | CCADMIN04 | - | | 92204914 | Dec 9 2014 3:58:46:030PM | Realized | $ 0.50 |
| | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS($ 0.50) | | | | | | |
| 12-09-2014 | LTF | - | | 92204915 | Dec 9 2014 3:58:46:750PM | Realized | $ 10.00 |
| | LENGTHY TRIAL FUND($ 10.00) | | | | | | |
| 12-09-2014 | SMF | - | | 92204916 | Dec 9 2014 3:58:46:920PM | Realized | $ 5.00 |
| | SUMMONS FEE (CLERKS FEE)($ 5.00) | | | | | | |
| 12-09-2014 | SMIMA | - | | 92204917 | Dec 9 2014 3:58:47:110PM | Realized | $ 0.00 |
| | SUMMONS ISSUED - MAILED BY ATTORNEY | | | | | | |
| 12-09-2014 | EAA | - | ROSS, PAUL A | 92211169 | Dec 10 2014 11:14:09:000AM | - | $ 0.00 |
| | ENTRY OF APPEARANCE/ THOMAS L VOGT AND PATRICK G COLVIN ENTERING AS COUNSEL / CERTIFICATE OF MAILING | | | | | | |
| | 🖹 *Document Available (#1028045195)* | | | | | | |
| 12-09-2014 | TEXT | - | | 92204905 | Dec 9 2014 3:58:45:790PM | - | $ 0.00 |
| | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE SELLERS, JEFFERSON D. TO THIS CASE. | | | | | | |

| Date | Code | Count | Party | Serial # | Entry Date | | |
|------|------|-------|-------|----------|-----------|---|---|
| 12-09-2014 | ACCOUNT | - | | 92204934 | Dec 9 2014 3:59:47:610PM | - | $ 0.00 |

RECEIPT # 2014-2988400 ON 12/09/2014.
PAYOR:JONES GOTCHER TOTAL AMOUNT PAID: $218.70.
LINE ITEMS:
CJ-2014-4688: $168.00 ON AC01 CLERK FEES.
CJ-2014-4688: $6.00 ON AC23 LAW LIBRARY FEE.
CJ-2014-4688: $0.70 ON AC31 COURT CLERK REVOLVING FUND.
CJ-2014-4688: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.
CJ-2014-4688: $2.00 ON AC59 OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS
REVOLVING FUND.
CJ-2014-4688: $2.00 ON AC64 DISPUTE MEDIATION FEES.
CJ-2014-4688: $25.00 ON AC79 OCIS REVOLVING FUND.
CJ-2014-4688: $10.00 ON AC81 LENGTHY TRIAL FUND.

| Date | Code | Count | Party | Serial # | Entry Date | | |
|------|------|-------|-------|----------|-----------|---|---|
| 12-15-2014 | S | - | RASH, SHAWN | 92271827 | Dec 16 2014 11:27:31:830AM | - | $ 0.00 |

PARTY HAS BEEN SUCCESSFULLY SERVED. FOR SHAWN RASH / BY CERT MAIL, SIGNED
SHAWN RASH / 12-13-14
📄 *Document Available (#1028048986)*

---

Report Generated by The Oklahoma Court Information System at December 30, 2014 11:40 AM

End of Transmission.

# EXHIBIT
# 2

{Exhibit Slip Sheets;}

**IN THE DISTRICT COURT OF TULSA COUNTY
STATE OF OKLAHOMA**

DISTRICT COURT
**F I L E D**

DEC - 9 2014

SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

| | | |
|---|---|---|
| PAUL A. ROSS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. |
| v. | ) | |
| | ) | |
| SHAWN RASH, | ) | |
| | ) | |
| Defendant. | ) | |

**CJ-2014 04688**

JEFFERSON D. SELLERS

<u>**PETITION**</u>

**COMES NOW** the Plaintiff Paul A. Ross ("Plaintiff"), through his counsel of record,

Thomas L. Vogt and Patrick G. Colvin of the law firm Jones, Gotcher & Bogan, P.C., and for his

Petition against Defendant Shawn Rash ("Defendant"), alleges and states as follows:

<u>**JURISDICTION AND VENUE**</u>

1.  Plaintiff is a resident of Tulsa County, Oklahoma.

2.  Upon information and belief, Defendant is a resident of Gillespie County, Texas.

3.  The acts which give rise to this action occurred in Tulsa County, Oklahoma.

4.  Jurisdiction and venue are proper in this Court.

<u>**FACTUAL BACKGROUND**</u>

5.  Plaintiff served as Chief Executive Officer ("CEO") of Acumen Energy

Solutions, Inc. (hereinafter "AES") (f/k/a American Energy Solutions, Inc.) from March 2011

through June 2014. Plaintiff served as the Chairman of AES from March 2011 through October

2013.

6.  At all times relevant hereto, Defendant was the President of AES.

7.  AES provides a comprehensive suite of professional energy management services

tailored to owners/operators of commercial, industrial, and institutional facilities.

8. The client list of AES includes, but is not limited to, Acme Brick, CAT logistics, FedEx, Albertsons, St. Luke's Healthcare System, Omni Hotels, and Johns Manville.

9. Plaintiff developed significant relationships with these clients during his tenure as the Chairman and CEO of AES.

10. Plaintiff's relationships have significant value because they allow for future business opportunities in the energy management services industry.

11. AES is wholly owned by Palo Verde Private Equity Fund, L.P. (the "Fund"), which is currently in receivership proceedings in Maricopa County, Arizona.

12. Since October 9, 2013, Peter S. Davis of Simon Consulting, LLC has served as the Receiver for the Fund and its assets.

13. On May 14, 2014, Plaintiff loaned Defendant $7,108.20.

14. Defendant has failed and refused to repay Plaintiff for the loan.

15. Throughout the 2014 calendar year, Defendant falsely stated to the Receiver of the Fund, the General Manager of Precision-Paragon, and various executives at Johns Manville that Plaintiff misappropriated funds of AES.

16. On or around June 30, 2014, Peter S. Davis terminated Plaintiff as the CEO of AES because of Defendant's false statement.

17. Defendant is currently the President of Ally Energy Solutions, Inc., which provides substantially similar services as AES.

18. Defendant continues to make false statements about Plaintiff, e.g., "Plaintiff mismanaged AES," to former business partners of AES including, but not limited to, Precision-Paragon.

19.     Defendant has also continued to make these false statements to former clients of AES including, but not limited to, Johns Manville.

20.     Defendant's false statements have significantly damaged Plaintiff's reputation in the energy management services business.

21.     Defendant's statements are false, unprivileged, and have directly injured Plaintiff in respect to his business by imputing general disqualification in those respects which Plaintiff's occupation peculiarly requires and by imputing something with reference to his business that has a natural tendency to lessen its profit.

## FIRST CAUSE OF ACTION
### Breach of Contract

22.     Plaintiff incorporates paragraphs 1 – 21 as if fully set forth herein.

23.     There was a valid and enforceable contract between Defendant and Plaintiff, wherein Plaintiff agreed to loan $7,108.20 to Defendant and Defendant agreed to repay same to Plaintiff.

24.     Defendant breached the contract by failing to repay any of the $7,108.20.

25.     Defendant's breach has damaged the Plaintiff in the amount of $7,108.20.

## SECOND CAUSE OF ACTION
### Slander

26.     Plaintiff incorporates paragraphs 1 – 21 as if fully set forth herein.

27.     Throughout the 2014 calendar year, Defendant falsely stated to the Receiver of the Fund, the General Manager of Precision-Paragon, and various executives at Johns Manville that Plaintiff misappropriated funds of AES.

28.     Defendant continues to make false statements about Plaintiff, e.g., "Plaintiff mismanaged AES," to former business partners of AES including, but not limited to, Precision-Paragon.

29.     Defendant has also continued to make these false statements to former clients of AES including, but not limited to, Johns Manville.

30.     These statements are false, unprivileged, and have directly injured Plaintiff in respect to his business by imputing general disqualification in those respects which Plaintiff's occupation peculiarly requires and by imputing something with reference to his business that has a natural tendency to lessen its profit.

31.     As a result of Defendants' false statements, Plaintiff has been damaged in an amount in excess of the amount required for diversity jurisdiction pursuant to Section 1332 of Title 28 of the United States Code.

32.     Defendant is also liable for Category II punitive damages because he has acted intentionally and with malice towards Plaintiff. Accordingly, he is liable for punitive damages in an amount not to exceed the greatest of:

    a.    Five Hundred Thousand Dollars ($500,000);

    b.    twice the amount of actual damages awarded; or

    c.    the increased financial benefit derived by the defendant as a direct result of the conduct causing the injury to the plaintiff.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that this court enter judgment in his favor and against Defendant, award Plaintiff actual damages in an amount in excess of the amount required for diversity jurisdiction pursuant to Section 1332 of Title 28 of the United States Code, award Plaintiff exemplary damages in an amount to be determined at trial, award Plaintiff his attorney's fees and costs, and grant any additional relief this Court deems just and equitable.

By: _Patrick G. Colvin_

Thomas L. Vogt, OBA 10995
Patrick G. Colvin, OBA 31519
Jones, Gotcher & Bogan, P.C.
15 East 5th Street, Ste. 3800
Tulsa, OK 74103-4309
tvogt@jonesgotcher.com
pcolvin@jonesgotcher.com
*Attorneys for Plaintiff Paul A. Ross*

# EXHIBIT
# 3

{Exhibit Slip Sheets;}



## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
## STATE OF OKLAHOMA

PAUL A. ROSS,                           )
                                        )
                        Plaintiff,      )
                                        )
v.                                      )    Case No.
                                        )
SHAWN RASH,                             )
                                        )
                        Defendant.      )

**DISTRICT COURT**
**F I L E D**

DEC - 9 2014

SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

## CJ-2014  04688

JEFFERSON D. SELLERS

### ENTRY OF APPEARANCE

**COME NOW** Thomas L. Vogt and Patrick G. Colvin, of the law firm of Jones, Gotcher

& Bogan, P.C., and enters their appearance as counsels of record on behalf of Plaintiff, Paul A.

Ross, in the above-styled and numbered matter.

Respectfully submitted,

_Patrick G. Colvin_

Thomas L. Vogt, OBA# 10995
Patrick G. Colvin, OBA# 31519
JONES, GOTCHER & BOGAN, P.C.
15 East Fifth Street, Suite 3800
Tulsa, Oklahoma 74103
Telephone:    (918)581-8200
Facsimile:    (918)583-1189
***Attorneys for Plaintiff***



## CERTIFICATE OF MAILING

I hereby certify that on the 9th day of December, 2014, I caused a true and correct copy of the above and foregoing Entry of Appearance, to be mailed in the U.S. Mail, with postage fully prepaid thereon, to:

Shawn Rash
2156 Hedgestone
Fredericksburg, TX 78624

Patrick G. Colvin

# EXHIBIT
# 4

{Exhibit Slip Sheets;}

Case No. **CJ-2014 0468**

4688

**PAUL A. ROSS,**

       **Plaintiffs,**

vs.

**SHAWN RASH,**

       **Defendants.**

**Attorneys for Plaintiff:**
**Thomas L. Vogt, OBA# 10995**
**Patrick G. Colvin, OBA #31519**
**Jones, Gotcher & Bogan, P.C.**
**3800 First Place Tower**
**15 East Fifth Street**
**Tulsa, Oklahoma 74103-4309**

**TO THE NAMED DEFENDANT:**

**SHAWN RASH**
**2156 Hedgestone**
**Fredericksburg, TX 78624**

DISTRICT COURT
**F I L E D**

DEC 1 5 2014

SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

Appointed to serve. _____

PSL# _____

Authorized by _____

You have been sued by the above named plaintiff(s) and you are directed to file a written answer to the attached petition and order in the Court at the above address within twenty (20) days after service of this Summons upon you exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the plaintiff. Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of this action.

Issued this _____ day of December 2014.

              **TULSA COUNTY COURT CLERK**

(Seal)

              By_____, Deputy Court Clerk

This Summons and Order was personally served on _____
                                      (date of service)

              _____
                    (Signature of person serving summons)

**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THIS SUMMONS.**

Return ORIGINAL for filing.



|                      | **Plaintiffs,** | ) | **Attorney for Plaintiff:** |
|---|---|---|---|
|                      |                 | ) | Thomas L. Vogt, OBA# 10995 |
| **vs.**              |                 | ) | Patrick G. Colvin, OBA #31519 |
|                      |                 | ) | Jones, Gotcher & Bogan, P.C. |
| **SHAWN RASH,**      |                 | ) | 3800 First Place Tower |
|                      |                 | ) | 15 East Fifth Street |
|                      | **Defendants.** |   | Tulsa, Oklahoma  74103-4309 |

## PERSONAL SERVICE

I certify that I received the foregoing summons the ___ day of _____, 2014, and that I delivered a copy of said summons with a copy of the petition and order attached to each of the following defendants personally in _____ County at the address and on the date set forth opposite each name, to wit:

| Defendant | Address | Date Receipted |
|---|---|---|
|  |  |  |

## USUAL PLACE OF RESIDENCE

I certify that I received the foregoing summons on the _____ day of _____, 2009, and that on _____, I served by ____leaving a copy of said summons with a copy of the petition and order attached at _____, which is his dwelling house or usual place of abode, with _____, a person then residing therein, who is fifteen (15) years of age or older.

## CORPORATION RETURN

Received this summons this ___ day of _____, 2009, and as commanded therein, I summoned the within named defendant, as follows, to wit: _____a corporation, on the ___ day of _____, 2009, by delivering a true and correct copy of the within summons hereof with endorsements thereon and a copy of the petition to _____ he being the ____ of said corporation, and the _____, President, Vice-President, Secretary, Treasurer, or other chief officer not being found in said County.

## NOT FOUND

Received this summons this ___ day of _____, 2009.  I certify that the following persons of the defendant(s) within named        not          found                        in           said              County:

## FEES

Fee for service $_____, Mileage $_____, Total $

Dated this _____ day of _____, 2014.
Sheriff
By:_____          By:
Deputy-Tulsa County, Oklahoma                 Process Server-Tulsa County, Oklahoma

## AFFIDAVIT

I, _____, the undersigned, under oath, do say that I served this summons and made the return thereon, according to law that I am duly authorized to make this affidavit so help me God.

Process Server

Subscribed to and sworn to before me this ___ day of _____, 2014.
                                          Sally Howe Smith, Court Clerk

My Commission: _____

Deputy Court Clerk or Notary Public

| Defendant | Address Where Served | Date Receipted |
|-----------|---------------------|----------------|
| SHAWN RASH | 2156 Hedgestone<br>Fredericksburg, TX 78264 | 12/13/2014 |

*Patrick G. Arbur*
_____
Signature of person mailing summons

**U.S. Postal Service**
**CERTIFIED MAIL** RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 12/9/14 |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To Shawn Rash
Street, Apt. No.; or PO Box No. 2156 Hedgestone
City, State, ZIP+4 Fredicksburg, TX 78624

7013 1710 0001 3064 2347

PS Form 3800, August 2006          See Reverse for Instructions

---

**SENDER:** CC

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Shawn Rash
2156 Hedgestone
Fredricksburg, TX
78624

**DELIVERY**

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Shan Rash   12-13-14

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number
(Transfer from service label)   7013 1710 0001 3064 2347

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540