# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Paul Ross,

                Plaintiff(s),    Case Number: 14-CV-783-JHP-PJC

vs.                                              Proceeding: Scheduling Conference

Shawn Rash,                            Date: 2-24-2015

                Defendant(s).    Court Time: 2:00 p.m.

## MINUTE SHEET

James H. Payne, U.S. District Judge        P. Lynn, Deputy Clerk        No Reporter

Counsel for Plaintiff: Patrick Colvin

Counsel for Defendant: Mark Smiling, Barbara Moschovidis

Minutes: Case called for scheduling conference. Case discussed. Scheduling discussed. Scheduling Order entered.

---

Court Time

2:20-2:45