# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) PAUL A. ROSS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>(1) SHAWN RASH,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)　Case No. 14-cv-783-JHP-PJC<br>)<br>)<br>)<br>)<br>) |

## UNOPPOSED MOTION FOR EXTENSION OF SCHEDULING ORDER

Defendant Shawn Rash moves the Court for a 90-day extension of the remaining dates in the current Scheduling Order (Dkt. 13). In support of this Motion, Rash states as follows:

1. The current Scheduling Order provides for the following remaining deadlines:

   | Date | Deadline |
   |---|---|
   | 9/16/2015 | Exchange and file Final Witness and Exhibit Lists. |
   | 10/16/2015 | Discovery Cutoff. |
   | 08/10/2015 | All Dispositive Motions. |
   | 11/03/2015 | Motions in Limine and *Daubert* issues filed. |
   | 11/06/2015 | Written Settlement Report. |
   | 11/06/2015 | Parties to file Deposition/Videotape Designations. |
   | 11/13/2015 | Parties to file Counter-Designations. |
   | 11/13/2015 | Agreed Pretrial Order due. |
   | 11/13/2015 | Agreed Jury Instructions. |
   | 11/20/2015 | Parties to file Objections to Designations and Counter-Designations. |
   | 11/20/2015 | Pretrial Conference at 9:30 a.m. |
   | 12/15/2015 | Jury Trial. |

2. No previous motions for extension of time have been filed.

{1414026;}

3. Rash seeks an extension of the Scheduling Order for two reasons. First, the parties have engaged in informal settlement discussions over the last several weeks and wish to allow sufficient time for discovery if such discussions are not fruitful. Second, the parties wish to allow sufficient time for discovery given the addition of another defendant, Troy Moran. This extension is sought in good faith and not for purposes of delay, but to facilitate the orderly and efficient adjudication of this case.

4. Rash is authorized to state that Plaintiff has no objection to the filing of this Motion or the requested extension.

5. The requested extension will affect all remaining dates in the Scheduling Order, as well as the trial setting, by ninety days.

A proposed order is submitted with this Motion.

Respectfully submitted,

s/Barbara M. Moschovidis
James M. Sturdivant, OBA No. 8723
Barbara M. Moschovidis, OBA No. 31161
GABLEGOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, Oklahoma 74103
(918) 595-4800
(918) 595-4990 (Fax)

A. Mark Smiling, OBA #10672
Shena E. Burgess, OBA #18663
**SMILING, SMILING & BURGESS**
Bradford Place, Suite 300
9175 South Yale Avenue
Tulsa, Oklahoma  74137
(918) 477-7500
(918) 477-7510 (facsimile)
*msmiling@smilinglaw.com*
*sburgess@smilinglaw.com*
**Attorneys for Defendant Shawn Rash**

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2015, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Thomas L. Vogt
Patrick G. Colvin

s/Barbara M. Moschovidis
Barbara M. Moschovidis
