# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

PAUL A. ROSS,

    Plaintiff,

vs.                                                Case Number: 14-CV-783-JHP-PJC

SHAWN RASH, et al.,

    Defendants.

## SETTLEMENT CONFERENCE REPORT

On 08/10/2015 a Settlement Conference was held in the captioned matter.

[X] The litigation was settled; within __30__ days of the date hereof, the Plaintiff and Defendant shall file:

- -- a Stipulation of Dismissal
  OR
- -- Agreed Judgment and Motion to Enter Agreed Judgment

[ ] The litigation was not settled.

[ ] Settlement negotiations are pending. The parties are to phone the undersigned by _:___ p.m. on _____, 2015.

DATED: 08/10/2015.

                                                    _____
                                                    Mary L. Lohrke
                                                    Adjunct Settlement Judge