## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) PAUL A. ROSS, | ) |
|         Plaintiff, | ) |
| v. | )   Case No. 14-cv-783-JHP-PJC |
| (1) SHAWN RASH, | ) |
|         Defendant. | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** Plaintiff Paul A. Ross and Defendant Shawn Rash, by and through their attorneys of record, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all claims asserted in this action with prejudice. All parties shall bear their own costs and attorney's fees.

Respectfully submitted,

/s/ Patrick G. Colvin
Thomas L. Vogt, OBA #10995
Patrick G. Colvin, OBA #31519
Jones, Gotcher & Bogan, P.C.
15 East 5th Street, Suite 3800
Tulsa, OK 74103
(918) 581-8200
(918) 583-1189
tvogt@jonesgotcher.com
pcolvin@jonesgotcher.com
***Attorneys for Plaintiff Paul Ross***

/s/ Barbara M. Moschovidis
Barbara M. Moschovidis
James M. Sturdivant, OBA # 8723
Barbara M. Moschovidis, OBA #31161
GableGotwals
110 ONEOK Plaza
100 West Fifth Street
Tulsa, Oklahoma 74103

And

/s/ A. Mark Smiling
A. Mark Smiling, OBA #10672
Gentry Smiling, OBA #31228
Smiling, Wangsgard, Smiling & Burgess
Bradford Place, Suite 300
9175 South Yale Avenue
Tulsa, Oklahoma 74137
***Attorneys for Defendant Shawn Rash***

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2015, I electronically transmitted the foregoing document to the following:

| | |
|---|---|
| James M. Sturdivant | jsturdivant@gablelaw.com |
| Barbara M. Moschovidis | bmoschovidis@gablelaw.com |
| | |
| A. Mark Smiling | msmiling@smilinglaw.com |
| Gentry Smiling | gsmiling@smilinglaw.com |
| Shena Burgess | sburgess@smilinglaw.com |

/s/ Patrick G. Colvin
**Patrick G. Colvin**